UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE:

    Joel Rivera,

                  Debtor(s)
-------------------------------------------------------------X

Chapter 7

Case No.: 23-42603

STATE OF NEW YORK    )
COUNTY OF NASSAU    ) s.s;

## AFFIDAVIT OF INCOMPLETE PAY ADVICE

I, **Joel Rivera**, being duly sworn on oath depose and states:

1. I am the Debtor in the above-referenced Bankruptcy.

2. I understand that the Bankruptcy Act requires the filing of pay advice for the entire sixty (60) day period prior to the Bankruptcy filing.

3. I am unable to file complete pay advice for the entire sixty (60) day period prior to this Bankruptcy filing because I was unemployed for a portion of this time frame.

4. Attached is my pay advice received within the sixty (60) day period prior to the Bankruptcy Filing.

_____
Joel Rivera

Subscribed and sworn to before me
this 28th day of July 2023

_____
Notary Public

JESSICA MAZUR
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01MA6377105
Qualified in Suffolk County
Commission Expires July 02, 2026

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| SL6 | 009962 | 400 | | 0000290162 | 1 |

## EARNINGS STATEMENT 

CONTINENTAL HOME CARE
116-55 QUEENS BLVD, SUITE 224
FOREST HILLS, NY 11375
718 544 4488

Period Beginning: 07/08/2023
Period Ending: 07/14/2023
Pay Date: 07/21/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

JOEL RIVERA
73-14 WOODHAVEN BLVD
APT 1A
GLENDALE NY 11385

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 28.00 | 560.00 | 1,092.00 |
| Gross Pay | | | $560.00 | 1,092.00 |

### Deductions

Statutory
| | this period | year to date |
|---|---|---|
| Federal Income Tax | -31.00 | 58.64 |
| Social Security Tax | -34.72 | 67.70 |
| Medicare Tax | -8.12 | 15.83 |
| NY State Income Tax | -19.81 | 38.08 |
| New York Cit Income Tax | -14.39 | 27.67 |
| NY Paid Family Leave Ins | -2.55 | 4.97 |
| Net Pay | $449.41 | |
| Full Checking | -449.41 | |
| Net Check | $0.00 | |

Your federal taxable wages this period are $560.00

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Sick Earned | 0.93 | 1.86 |
| Wp Benefits | 30.52 | 89.04 |
| Totl Hrs Worked | 28.00 | |

### Important Notes

YOUR COMPANY'S PHONE NUMBER IS 718-544-4488

BASIS OF PAY: HOURLY

YOUR HOURLY RATE HAS BEEN CHANGED FROM 19.0000 TO 20.0000.

### Additional Tax Withholding Information

Taxable Marital Status:
  NY:  Single
  New York Cit:  Single
Exemptions/Allowances:
  NY:  0
  New York Cit:  0

© 2000 ADP, Inc.

---

CONTINENTAL HOME CARE
116-55 QUEENS BLVD, SUITE 224
FOREST HILLS, NY 11375
718 544 4488

Advice number: 00000290162
Pay date: 07/21/2023



Deposited to the account of
JOEL RIVERA

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9751 | xxxx xxxx | $449.41 |

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| SL6 | 009962 | 400 | | 0000280138 | 1 |

# Earnings Statement 

CONTINENTAL HOME CARE
116-55 QUEENS BLVD, SUITE 224
FOREST HILLS, NY 11375
718 544 4488

Period Beginning:   07/01/2023
Period Ending:      07/07/2023
Pay Date:           07/14/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

JOEL RIVERA
73-14 WOODHAVEN BLVD
APT 1A
GLENDALE NY 11385

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.0000 | 28.00 | 532.00 | 532.00 |
| Gross Pay | | | $532.00 | 532.00 |

## Deductions

| Statutory | | |
|---|---|---|
| Federal Income Tax | -27.64 | 27.64 |
| Social Security Tax | -32.98 | 32.98 |
| Medicare Tax | -7.71 | 7.71 |
| NY State Income Tax | -18.27 | 18.27 |
| New York Cit Income Tax | -13.28 | 13.28 |
| NY Paid Family Leave Ins | -2.42 | 2.42 |
| Net Pay | $429.70 | |
| Full Checking | -429.70 | |
| Net Check | $0.00 | |

Your federal taxable wages this period are $532.00

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Sick Earned | 0.93 | 0.93 |
| Wp Benefits | 58.52 | 58.52 |
| Totl Hrs Worked | 28.00 | |

### Important Notes

YOUR COMPANY'S PHONE NUMBER IS 718-544-4488

BASIS OF PAY: HOURLY

### Additional Tax Withholding Information

Taxable Marital Status:
  NY:               Single
  New York Cit:     Single
Exemptions/Allowances:
  NY:               0
  New York Cit:     0

---

© 2000 ADP, Inc

CONTINENTAL HOME CARE
116-55 QUEENS BLVD, SUITE 224
FOREST HILLS, NY 11375
718 544 4488

Advice number:   00000280138
Pay date:        07/14/2023

Deposited to the account of
JOEL RIVERA

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9751 | xxxx xxxx | $429.70 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE