Case 1-23-42603-nhl    Doc 16-5    Filed 01/10/24    Entered 01/10/24 15:31:39

Daniel Szalkiewicz & Associates, P.C. Mail - Adversary Proceeding …response to Summons Due 11/3/2023 - Pretrial Conference 11/30/2023    11/29/23, 12:47 PM



**Daniel Szalkiewicz <daniel@lawdss.com>**

## Adversary Proceeding #: 1-23-01071-nhl - K.L V Joel Rivera - No response to Summons Due 11/3/2023 - Pretrial Conference 11/30/2023

1 message

**Jessica Mazur** <Jessica.M@aronowlaw.com>    Fri, Nov 3, 2023 at 3:28 PM
To: "daniel@lawdss.com" <daniel@lawdss.com>
Cc: Darren Aronow <darren@dalawpc.com>

Hi Daniel,

Aronow Law, P.C., represents the above-referenced Defendant and Debtor Joel Rivera, solely on his lead chapter 7 proceedings.

Please allow this email to serve as confirmation that the Debtor has reviewed the Summons and has advised this Firm that he will not be retaining counsel on the AP action, nor responding due to financial difficulties and cause of action.

We just wanted to advise on his intention for your records and should anything further be required, please don't hesitate to reach out.

Best,

*Jessica Mazur*



ARONOW LAW, P.C.

*Senior Bankruptcy Paralegal*

**7600 Jericho Turnpike, Suite 115 Woodbury, NY 11797**

Tel (516) 762-6677 Fax (516) 342-5362

Jessica.M@AronowLaw.com

Case 1-23-42603-nhl    Doc 16-5    Filed 01/10/24    Entered 01/10/24 15:31:39

Daniel Szalkiewicz & Associates, P.C. Mail - Adversary Proceeding …response to Summons Due 11/3/2023 - Pretrial Conference 11/30/2023        11/29/23, 12:47 PM

www.AronowLaw.com

Your Feedback is highly appreciated! Please click **here** to leave a review.

**Our office represents clients for** FORECLOSURE DEFENSE, LOAN MODIFICATION, STUDENT LOAN DEBTS, CREDITOR HARASSMENT, BANKRUPTCY, REAL ESTATE SHORT SALES AND MORE. WE ARE A DEBT RELIEF AGENCY. WE HELP PEOPLE FILE FOR BACKRUPTCY UNDER THE BANKRUPTCY CODE.

## CONFIDENTIALITY NOTICE

This email message from the law firm of Aronow Law, P.C. is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure, or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message

## NO ELECTRONIC SIGNATURE

No Name or other information in this E-mail is intended or shall be deemed to constitute an electronic signature unless expressly stated herein.