UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X

In Re:                                              Chapter 7

Joel Rivera                                          Case No. 1-23-42603-nhl

                        Debtor

-------------------------------------------------------X

<u>AMENDED NOTICE OF MOTION</u>

PLEASE TAKE NOTICE, that upon the annexed application of Horing Welikson Rosen & Digrugilliers, PC, will move this Court before the Honorable Nancy Hershey Lord, Bankruptcy Judge of the United States Bankruptcy Court Easter Discrict of New York at 271-C Cadman Plaza East, Suite 1595, Brooklyn, New York 11201-1800 on the 15th day of May, 2024 at 10:00 a.m. or as soon thereafter as counsel can be heard for an Order vacating the automatic stay.

PLEASE TAKE FURTHER NOTICE, that effective March 7, 2022, all hearing participants must register with eCourt Appearances two days in advance of all appearances.  Registration is required by both attorneys and non-attorneys.  If you have a CM/ECF account, you may access eCourt Appearances in the "Utilities" menu after logging into CM/ECF.  If you do not have a CM/ECF account, you may access eCourt Appearances on the Court's website at: http://ecf/nyeb.uscourts/gov/cgi-bin/nyebAppearances.pl.

PLEASE TAKE FURTHER NOTICE, those unable to access eCourt Appearances must email Judge Nancy Hershey Lord's Courtroom deputy at:  nhl_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing.  Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number.  Parties have the option to either dial in as an audio only participant using the provided Zoom dial-in number or connect by video using the provided video link.

PLEASE TAKE FURTHER NOTICE, that opposing papers, if any, are required to be served at least seven (7) days prior to the return date of this motion.

Dated: April 23, 2024
       Willison Park, New York

                                 HORING WELIKSON ROSEN
                                 & DIGRUGIILIERS, PC

                                 Randi B. Gilbert, Esq.
                                 11 Hillside Avenue
                                 Williston Park, New York 11596
                                 (516) 535-1700
                                 RGilbert@hwrpc.com