# RENT BREAKDOWN

Joel Rivera  
73-14 Woodhaven Blvd  
Apt A  
Glendale, N.Y.   11385

| Date | Code | Amount | | Code | Amount |
|---|---|---|---|---|---|
| 4/01/20 | RC | 1795.00 | | YC | 140.00 |
| 5/01/20 | RC | 1795.00 | | YC | 140.00 |
| 6/01/20 | RC | 1795.00 | | YC | 140.00 |
| 07/01/20 | RC | 1795.00 | | YC | 140.00 |
| 08/01/20 | RC | 1795.00 | | YC | 140.00 |
| 09/01/20 | RC | 1855.00 | | YC | 140.00 |
| 10/01/20 | RC | 1855.00 | | YC | 140.00 |
| 11/01/20 | RC | 1855.00 | | YC | 140.00 |
| 12/01/20 | RC | 1855.00 | | ============== | |
| 01/01/21 | RC | 1855.00 | | | $ 1,120.00 |
| 02/01/21 | RC | 1855.00 | 01/14/21 | | <1120.00> |
| 03/01/21 | RC | 1855.00 | | ============ | |
| 04/01/21 | RC | 1855.00 | Balance | | 0.00 |
| 05/01/21 | RC | 1855.00 | | | |
| 06/01/21 | RC | 1855.00 | | | |
| 07/01/21 | RC | 1855.00 | | | |
| 08/01/21 | RC | 1855.00 | | | |
| 09/01/21 | RC | 1915.00 | | | |
| 10/01/21 | RC | 1915.00 | | | |
| 11/01/21 | RC | 1915.00 | | | |
| 12/01/21 | RC | 1915.00 | | | |
| 01/01/22 | RC | 1915.00 | | | |

=============  
$ 40,810.00

| Date | Code | Amount | |
|---|---|---|---|
| 01/14/22 | KP | <21260.00> | (LRAP) |
| 02/01/22 | RC | 1915.00 | |
| 03/01/22 | RC | 1915.00 | |
| 04/01/22 | RC | 1915.00 | |
| 05/01/22 | RC | 1915.00 | |
| 06/01/22 | RC | 1915.00 | |
| 07/01/22 | RC | 1915.00 | |
| 08/01/22 | RC | 1915.00 | |
| 09/01/22 | RC | 1955.00 | |
| 10/01/22 | RC | 1955.00 | |
| 11/01/22 | RC | 1955.00 | |
| 12/01/22 | RC | 1955.00 | |
| 01/01/23 | RC | 1955.00 | |
| 02/01/23 | RC | 1955.00 | |
| 03/01/23 | RC | 1955.00 | |

| Date | Type | Amount |
|---|---|---|
| 04/01/23 | RC | 1955.00 |
| 05/01/23 | RC | 1955.00 |
| 06/01/23 | RC | 1955.00 |
| 07/01/23 | RC | 1955.00 |
| 08/01/23 | RC | 1955.00 |
| 09/01/23 | RC | 2015.00 |
| 10/01/23 | RC | 2015.00 |
| 11/01/23 | RC | 2015.00 |
| 12/01/23 | RC | 2015.00 |
| 01/01/24 | RC | 2015.00 |
| 02/01/24 | RC | 2015.00 |
| 03/01/24 | RC | 2015.00 |

BALANCE            $70,520.00

**Civil Court of the City of New York**

County of _____Queens_____

Part O

Index Number __306493/22__

Motion Cal. # _____ Motion Seq. # _____

## DECISION/ORDER

Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion:

Claimant(s)/Plaintiff(s)/**Petitioner(s)**

Rutledge Apartments LLC

against

Joel Rivera

Defendant(s)/Respondent(s)

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed......... | _____ |
| Order to Show Cause and Affidavits Annexed..... | _____ |
| Answering Affidavits ............................. | _____ |
| Replying Affidavits............................... | _____ |
| Exhibits .......................................... | _____ |
| Other.............................................. | _____ |

Upon the foregoing cited papers, the Decision/Order on ~~this Motion~~ to _after pretrial conference_ is as follows:

After pretrial conference, this case is adjourned to July 26, 2023 at 10:00 AM for trial (Part O, Room 202).

Any premarked exhibits may be emailed to qn-housing-202@nycourts.gov by 7/24/23.

SO ORDERED - HON. CLINTON J. GUTHRIE

5/17/23

Date

Judge, Civil Court
Housing