

*Managing Partner*
Darren Aronow † € ▫
*Associates*
Dennis McGrath †

**7600 Jericho Turnpike, Suite 115**
**Woodbury, NY 11797**
**Tel:** (516) 762-6700
**Fax:** (516) 342-5362

*Admitted In*:
New York†
New Jersey €
Pennsylvania ▫

May 13, 2024

**Chambers of the Hon. Nancy Hershey Lord**
**United States Bankruptcy Court**
**Eastern District of New York**
**271-C Cadman Plaza East, Suite 1595**
**Brooklyn, NY  11201-1800**

**Re:** Letter of No Opposition Re: Motion for Relief from Stay;
Rutledge Apartments LLC, *Ecf. Doc. No. 18*
**Debtor:** Joel Rivera
**Case No.:** 1-23-42603-NHL

Dear Honorable Judge Lord:

This firm represents Joel Rivera, hereinafter the "Debtor" in the above-referenced Chapter 7 Bankruptcy Case and the Motion for Relief from Stay filed on behalf of Rutledge Apartments LLC with a notice of hearing scheduled for **May 15, 2024 at 10:00AM,** hereinafter referred to as "Motion."

Please allow this letter to serve as formal response to the Motion confirming that this Firm has spoken with the Debtor on the Motion and unfortunately due to lack of income and feasibility, the Debtor is unable to afford curing the missed rent payments to Creditor and does not oppose the requested relief therein.

Should any additional information be required by this Honorable Court in support of the enclosed details, please do not hesitate to contact the undersigned.

Sincerely,

*/s/ Darren Aronow*
Darren Aronow, Esq.
Attorney for Debtor
Aronow Law, P.C.
7600 Jericho Turnpike Suite 115
Woodbury, NY 11797
Darren@dalawpc.com