UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:                                                                    AFFIDAVIT OF SERVICE

Joel Rivera                                                            Chapter 7
                                                                                Case No. 1-23-42603-nhl

                                       Debtor
-----------------------------------------------------------X

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NASSAU | ) |

      Ivory Frank, being duly sworn, deposes and says:

      On April 23, 2024, I served a true copy of the annexed in the following manner:

by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

JOEL RIVERA
73-14 Woodhaven Boulevard, Apt. 1A
Glendale, NY 11385

ALAN NISELSON
c/o Windels Marx Lane & Mittendorf LLP
156 West 56th Street
New York, NY 10019

Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green, Room 510
New York, NY 10004-1408

Darren Aronow
Aronow Law Firm P.C.
7600 Jericho Turnpike, Suite 115
Woodbury, NY 11797

Sworn to before me this
23rd day of April, 2024

_____
Notary Public

                                              Ivory Frank

EVA LAI
Notary Public, State of New York
NO. 01LA6119001
Qualified in Queens County
Commission Expires Nov. 22, 20 24