UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| In Re: | Chapter 7 |
| Joel Rivera | Case No. 1-23-42603-nhl |
| Debtor | |

-------------------------------------------------------X

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

On May 15, 2024, the motion (the "Motion") of Rutledge Apartments LLC ("Movant"), dated April 16, 2024 came before the Court, for relief from the automatic stay with respect to the non-residential lease property known as 73-14 Woodhaven Boulevard, Apt. 1A, Glendale, New York 11385 (Premises); and proper notice of the hearing has been provided; and the debtor having filed a letter of no opposition; and Randi Beth Gilbert having appeared at the hearing on May 15, 2024 on behalf of the Movant, and no appearance having been made by the debtor; and this Court, having considered the evidence presented and the arguments of the parties, and with good cause appearing therefor, it is hereby

**ORDERED,** that the automatic stay in effect pursuant to 11 U.S.C. § 362(a), is hereby terminated pursuant to 11 U.S.C. Section 362(d)(1) as debtor has failed to provide adequate protection as it fails to pay post-petition obligations as they become due, and Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies for Debtor's eviction from the Premises.



Dated: May 24, 2024
Brooklyn, New York

_____
**Nancy Hershey Lord**
**United States Bankruptcy Judge**