United States Bankruptcy Court
Eastern District of New York

In re:  Case No. 23-42603-ess
Joel Rivera  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1      User: admin      Page 1 of 2
Date Rcvd: Mar 02, 2026      Form ID: 151      Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joel Rivera, 73-14 Woodhaven Blvd, Apt. 1A, Glendale, NY 11385-7944 |
| 10219977 | #+ | Daniel S. Szalkiewicz, 116 Pinehurst Avenue, A44, New York, NY 10033-8801 |
| 10219978 | + | David A. Shapiro, 118-35 Queens Blvd., Suite 400, Forest Hills, NY 11375-7211 |
| 10219983 | + | Horing Welikson Rosen & D, 11 Hillside Avenue, Williston Park, NY 11596-2303 |
| 10219984 | + | K.L., c/o Daniel Szalkiewicz, 23 W 73rd Street, New York, NY 10023-3104 |
| 10219986 | + | Queens County ourt, 88-11 Sutphin Blvd., Jamaica, NY 11435-3794 |
| 10219987 | + | Rutledge Apartments LLC, 62-25 Woodhaven Blvd, Rego Park, NY 11374-2757 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Mar 02 2026 19:43:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Mar 02 2026 19:41:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Mar 02 2026 19:42:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| 10219972 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 02 2026 19:41:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 10221582 | + | Email/Text: EAGBankruptcy@coned.com | Mar 02 2026 19:41:00 | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC, BANKRUPTCY / EAG GROUP, 4 IRVING PLACE 9TH FLOOR, NEW YORK, NY 10003-3502 |
| 10219973 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 02 2026 19:34:48 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 10219974 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2026 19:35:00 | Citibank, Citicorp Cr Srvs, Attn: Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 10219975 | + | Email/Text: EAGBankruptcy@coned.com | Mar 02 2026 19:41:00 | Con Edison, 4 Irving Place, 9th floor, New York, NY 10003-3502 |
| 10219976 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 02 2026 19:34:07 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 10219979 | + | Email/Text: mrdiscen@discover.com | Mar 02 2026 19:39:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 10219980 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 02 2026 19:39:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, |

Case 1-23-42603-ess    Doc 23    Filed 03/04/26    Entered 03/05/26 00:28:19

| District/off: 0207-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 02, 2026 | Form ID: 151 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| | | | | Atlanta, GA 30348-5555 |
| 10219981 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 02 2026 19:44:00 | Genesis FS Card Svs., Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 10219982 | ^ | MEBN | Mar 02 2026 19:24:39 | Green Dot Bank, Attn: Bankruptcy, Po Box 5100, Pasadena, CA 91117-0100 |
| 10219985 | + | Email/Text: bkrgeneric@penfed.org | Mar 02 2026 19:39:00 | Pentagon FCU, Attn: Bankruptcy, Po Box 1432, Alexandria, VA 22313-1432 |
| 10219988 | | Email/Text: bankruptcy@td.com | Mar 02 2026 19:43:00 | TD Bank, N.A., Attn: Bankruptcy, 1701 Rt 70 East, Cherry Hill, NJ 08003 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Nisselson | anisselson@windelsmarx.com  theston@windelsmarx.com;mcorwin@windelsmarx.com;n159@ecfcbis.com |
| Daniel Szalkiewicz | on behalf of Plaintiff K. L. daniel@veridianlegal.com  lawdss@recap.email |
| Daniel Szalkiewicz | on behalf of Creditor K. L. daniel@veridianlegal.com  lawdss@recap.email |
| Darren Aronow | on behalf of Debtor Joel Rivera darren@dalawpc.com r56287@notify.bestcase.com,1182942420@filings.docketbird.com,jessica.m@aronowlaw.com,jeanine.g@aronowlaw.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| Randi Beth Gilbert | on behalf of Creditor Rutledge Apartments LLC rgilbert@HWRPC.com |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Joel Rivera | Social Security number or ITIN: xxx−xx−9479 |
| | First Name   Middle Name   Last Name | EIN: _ _−_ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _ <br> EIN: _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed for chapter:   7   7/24/23 |
| Case number: | 1−23−42603−ess | |

## NOTICE REASSIGNING CASE

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

**NOTICE IS HEREBY GIVEN THAT:**

Pursuant to an Administrative Order of this court dated March 1, 2026, the above−captioned case and any related adversary proceedings have been reassigned to the Honorable Elizabeth S. Stong, United States Bankruptcy Judge effective March 1, 2026. Please take note of the new case number: **1−23−42603−ess** .

Dated: March 2, 2026

For the Court, Paul Dickson, Clerk of Court

**BLnrp1.jsp** Notice Reassigning Case(Mass Assignment) rev. 02/24/26]