United States Bankruptcy Court
Eastern District of New York

In re: Joel Rivera, Debtor

Case No. 23-42603-jtb
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 23, 2026 | Form ID: 151 | Total Noticed: 21 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joel Rivera, 73-14 Woodhaven Blvd, Apt. 1A, Glendale, NY 11385-7944 |
| 10219978 | + | David A. Shapiro, 118-35 Queens Blvd., Suite 400, Forest Hills, NY 11375-7211 |
| 10219983 | + | Horing Welikson Rosen & D, 11 Hillside Avenue, Williston Park, NY 11596-2303 |
| 10219984 | + | K.L., c/o Daniel Szalkiewicz, 23 W 73rd Street, New York, NY 10023-3104 |
| 10219986 | + | Queens County ourt, 88-11 Sutphin Blvd., Jamaica, NY 11435-3794 |
| 10219987 | + | Rutledge Apartments LLC, 62-25 Woodhaven Blvd, Rego Park, NY 11374-2757 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Sep 23 2026 19:53:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Sep 23 2026 19:51:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Sep 23 2026 19:51:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| 10219972 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 23 2026 19:50:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 10221582 | + | Email/Text: EAGBankruptcy@coned.com | Sep 23 2026 19:50:00 | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC, BANKRUPTCY / EAG GROUP, 4 IRVING PLACE 9TH FLOOR, NEW YORK, NY 10003-3502 |
| 10219973 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 23 2026 19:47:13 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 10219974 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 23 2026 19:59:16 | Citibank, Citicorp Cr Srvs, Attn: Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 10219975 | + | Email/Text: EAGBankruptcy@coned.com | Sep 23 2026 19:50:00 | Con Edison, 4 Irving Place, 9th floor, New York, NY 10003-3502 |
| 10219976 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 23 2026 19:47:50 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 10219979 | + | Email/Text: mrdiscen@discover.com | Sep 23 2026 19:49:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 10219980 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 23 2026 19:49:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, |

| | | | | |
|---|---|---|---|---|
| | | | | Atlanta, GA 30348-5555 |
| 10219981 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 23 2026 19:53:00 | Genesis FS Card Svs., Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 10219982 | ^ | MEBN | Sep 23 2026 19:36:55 | Green Dot Bank, Attn: Bankruptcy, Po Box 5100, Pasadena, CA 91117-0100 |
| 10219985 | + | Email/Text: bkrgeneric@penfed.org | Sep 23 2026 19:49:00 | Pentagon FCU, Attn: Bankruptcy, Po Box 1432, Alexandria, VA 22313-1432 |
| 10219988 | | Email/Text: bankruptcy@td.com | Sep 23 2026 19:52:00 | TD Bank, N.A., Attn: Bankruptcy, 1701 Rt 70 East, Cherry Hill, NJ 08003 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 10219977 | ##+ | Daniel S. Szalkiewicz, 116 Pinehurst Avenue, A44, New York, NY 10033-8801 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan Nisselson | anisselson@windelsmarx.com theston@windelsmarx.com;mcorwin@windelsmarx.com;n159@ecfcbis.com |
| Daniel Szalkiewicz | on behalf of Plaintiff K. L. daniel@veridianlegal.com lawdss@recap.email |
| Daniel Szalkiewicz | on behalf of Creditor K. L. daniel@veridianlegal.com lawdss@recap.email |
| Darren Aronow | on behalf of Debtor Joel Rivera darren@dalawpc.com r56287@notify.bestcase.com,1182942420@filings.docketbird.com,jessica.m@aronowlaw.com,jeanine.g@aronowlaw.com,libni.l@aronowlaw.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| Randi Beth Gilbert | on behalf of Creditor Rutledge Apartments LLC rgilbert@HWRPC.com |

TOTAL: 6

| Information to identify the case: | | | |
| --- | --- | --- | --- |
| Debtor 1: | Joel Rivera<br>First Name Middle Name Last Name | Social Security number or ITIN: xxx–xx–9479<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed for chapter: 7 | 7/24/23 |
| Case number: | 1–23–42603–jtb | | |

# NOTICE REASSIGNING CASE

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

**NOTICE IS HEREBY GIVEN THAT:**

Pursuant to an Administrative Order of this court dated September 22, 2026, the above–captioned case and any related adversary proceedings have been reassigned to the Honorable James T Bentley, United States Bankruptcy Judge effective September 23, 2026. Please take note of the new case number: **1–23–42603–jtb** .

Dated: September 23, 2026

For the Court, Paul Dickson, Clerk of Court

**BLnrp1.jsp** Notice Reassigning Case(Mass Assignment) rev. 09/23/26]